**Fill in this information to identify the case:**

Debtor 1 ___Julie Maime Strong___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern___ District of ___IL___
                                                          (State)

Case number ___12-49544___

# Form 4100R
## Response to Notice of Final Cure Payment                                     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 7 3

**Property address:** 5222 S. Michigan Ave Unit 1
Number       Street

_____

Chicago              Ilinois   60615
City                 State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03/01/2017
                                                             MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:             + (b)  $ _____

c. **Total**. Add lines a and b.                                              (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                            _____
                                                   MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                page **1**

Debtor 1  **Julie Maime Strong**
First Name   Middle Name   Last Name

Case number (*if known*) 12-49544

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ */s/ Zhiqi Wu*
Signature

Date 3/3/2017

Print  **Zhiqi Wu**
First Name   Middle Name   Last Name

Title  Attorney

Company  Heavner, Beyers & Mihlar, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  111 East Main Street
Number   Street

Decatur         IL      62525
City            State   ZIP Code

Contact phone ( 217 ) 422 – 1719

Email bankruptcy@hsbattys.com

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 12-49544 |
| | Chapter 13 |
| Julie Maime Strong, | |
| Debtor. | Honorable Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on March 3, 2017, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 3, 2017, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 3rd day of March 2017.

**Service by Mail:**

Julie Maime Strong
5222 S. Michigan Ave Unit 1
Chicago, Ilinois 60615


**Service by Electronic Notice through ECF:**

Dearda F Woods Stokes
4747 W. Lincoln Mall Drive Suite 410
Matteson, IL 60443

Thomas Vaughn
55 East Monroe Street Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604


                                                    */s/ Zhiqi Wu*
                                              _____
                                                       Zhiqi Wu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754